IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| GMAC MORTGAGE, LLC, )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>ALISHA W. WILKES, )<br>)<br>Respondent. )<br>) | Case No.: 11 C 4018 |

## NOTICE OF MOTION

To:
Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, Virginia 23606

    PLEASE TAKE NOTICE that on the 27th day of June 2011 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 1403, in the Dirksen Building, Chicago, Illinois, and present our **MOTION TO QUASH SUBPOENA FOR DOCUMENTS SERVED UPON OSCAR MARQUIS, GMAC MORTGAGE, LLC'S TESTIFYING EXPERT, AND FOR A PROTECTIVE ORDER**, which along with this Notice, is hereby served upon you.

Dated: June 14, 2011

                                                                                                              Respectfully Submitted,

                                                                                                              GMAC MORTGAGE, LLC

                                                                                                              By:   /s/ David F. Cutter

                                                                                                              David F. Cutter
                                                                                                              John F. Costello, Jr.
                                                                                                              TROUTMAN SANDERS, LLP
                                                                                                              55 West Monroe Street, Suite 3000
                                                                                                              Chicago, Illinois 60603
                                                                                                              Telephone: (312) 759-1920

- 2 -

                              John C. Lynch
                              Ethan G. Ostroff
                              TROUTMAN SANDERS, LLP
                              222 Central Park Avenue, Suite 2000
                              Virginia Beach, VA 23462
                              Telephone: (757) 687-7765

                              Counsel for GMAC Mortgage, LLC

419233v1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2011, a true and correct copy of the foregoing *Notice of Motion to Quash Subpoena* was sent by first class mail to the following:

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, Virginia 23606

Counsel for Respondent Alisha W. Wilkes

      /s/ David F. Cutter_____
David F. Cutter
John F. Costello, Jr.
TROUTMAN SANDERS, LLP
55 West Monroe Street, Suite 3000
Chicago, Illinois 60603
Telephone: (312) 759-1920

John C. Lynch
Ethan G. Ostroff
Counsel for GMAC Mortgage, LLC
TROUTMAN SANDERS, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765

Counsel for Plaintiff GMAC Mortgage, LLC